UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    555 Fourth St., N.W.<br>    **Washington, D.C. 20530,**<br><br>                Plaintiff,<br><br>        v.<br><br>**PROPERTY IDENTIFIED<br>BY THE ADDRESS OF<br>11103 KNIGHTS COURT<br>GERMANTOWN, MARYLAND 20876,**<br><br>                Defendant. | )<br>)   **Civil Action No.**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

*COMES NOW,* plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to bring this verified complaint in a civil action *in rem* for defendant's forfeiture to plaintiff. As grounds wherefore, plaintiff respectfully states as follows:

## NATURE OF THE ACTION AND DEFENDANT *IN REM*

1. This is a civil action *in rem* to forfeit and condemn to the use and benefit of plaintiff United States of America the defendant real property at the address of 11103 Knights Court, Germantown, Maryland 20876, and its appurtenances and improvements, including a building in the nature of a residence. Plaintiff brings this action pursuant to forfeiture provisions set forth in Title 18 United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C). The defendant property is more fully described as:

> property located on lot numbered Thirteen (13) in Block lettered "E" in the subdivision known as "KINGS SQUARE" as per plat in Plat Book 153 at Plat No. 17381, among the land records of Montgomery County, Maryland.

**JURISDICTION, VENUE, AND GOVERNING LAW**

2.  This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. § 1345, because it has been commenced by the United States, and by virtue of 28 U.S.C. § 1355(a), because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress. Venue is proper in this District by virtue of 28 U.S.C. § 1355(b)(1), because this is a forfeiture action or proceeding brought in the district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred. Some of the acts giving rise to plaintiff's right to forfeiture occurred in the District of Columbia, although defendant is real property situated in the District of Maryland. This civil action *in rem* for forfeiture is governed by Title 18, United States Code, Sections 981, 983 and 985, and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3.  Upon information and belief, Aubrey Randolph Scott purchased the defendant property on or about November 30, 1998.

**STATEMENT OF FACTS**

4.  The National Academy of Sciences ("NAS") is a nonprofit organization, which Congress chartered to honor American scientists and advise the government on science and technology. NAS is compensated on a cost-reimbursement basis for the expenses involved in organizing and supporting its work. About 85% of NAS's funding comes from grants and contracts awarded by the United States Department of Defense and other government agencies. The rest comes from state and local governments, private foundations, and the Academy's own endowment.

5.  On February 8, 2007, Postal Inspectors interviewed representatives of NAS who reported the discovery of suspicious transactions during an internal financial audit. The suspicious transactions consisted of a number of questionable invoices, amounting to approximately $1.2

million, from a company named Paper Perfect Reproductions, Inc., 4200 Wisconsin Avenue NW, Washington, DC 20016-2143. Representatives of NAS indicated there were numerous invoices ranging in dates from on or about December 17, 2001 to April 10, 2006, and pointed out that each invoice was under the amount $2,500, which prevented them from being discovered during routine audits conducted by NAS. In addition, NAS representatives were able to identify a series of checks made payable to by NAS and cashed by Paper Perfect Reproductions, Inc. According to NAS, there were a total of one hundred and eight (108) of those checks written by NAS ranging in dates from June 7, 2000 to April 20, 2006 and totaling $1,211,033.00. These checks were mailed using the United States Postal Service or private courier services by NAS to: Paper Perfect Reproductions, Attn. PMB 106-176, 4200 Wisconsin Ave NW, Washington, DC 20016-2143. Representatives of NAS further advised that Paper Perfect Reproductions was not a registered vendor with NAS and the products invoiced to NAS, by Paper Perfect Reproductions, were not those typically used by NAS.

    6.      Paper Perfect Reproductions' invoices were presented through the Copy Center division of NAS and carried the initials "AS" as the approving official. The initials "AS" match the initials of Aubrey Randolph Scott, who at the time was the manager of the Copy Center at NAS and who was an authorized payment official for the Copy Center. In addition, a review of Scott's Official Personnel Folder revealed Scott was responsible for providing financial and billing information to Accounting Department for customer invoicing and to Purchasing Department for equipment and service contracts.

    7.      Invoices from Paper Perfect Reproductions indicate that last invoice presented for payment to NAS was dated April 10, 2006 and approved by "AS" on April 13, 2006. NAS eliminated Aubrey Randolph Scott's position, due to reduction in workforce, and Scott stopped

working for NAS on April 14, 2006.

8.      All Paper Perfect Reproductions' invoices had a business address of 4200 Wisconsin Avenue NW, Washington, DC 20016-2143. Invoices dated December 17, 2001 through October 14, 2004 listed a customer service phone number 202-288-1151. However, invoices dated October 28, 2004 through April 10, 2006 did not list the customer service phone number; instead the invoices provided an e-mail address for contacting customer service. This e-mail address was: p ap erperfect@verizon. net.

9.      A physical verification of the address 4200 Wisconsin Avenue N.W., Washington, DC 20016-2143 revealed it to be a United Parcel Service Store (UPS Store), a commercial mail receiving agency that allows its customers to open mail boxes to receive mail. A review of the records on file with the UPS store disclosed that box number 106-176 was rented on May 19, 2000 to receive mail for Paper Perfect Reproductions. Furthermore, the application for mail box 106-176 listed Aubrey R. Scott as the person who opened it and the only authorized mail receiving agent for Paper Perfect Reproductions. Scott listed his home and business address on the mail box application as 11103 Knights Ct., Germantown, MD 20876 which is Scott's residence. In addition the mail box application listed Paper Perfect Reproduction as an entity incorporated in the State of Delaware on March 30, 2000. A payment history for mail box 106-176 and obtained from the UPS Store shows that the box was rented for six month periods and that the last payment covered the period ending September 1, 2006.

10.     A review of records received from AT&T revealed that the phone number 202-288-1151 which appeared on the earlier invoices from Paper Perfect Reproductions to NAS and identified above, was assigned to Aubrey Randolph Scott and has been assigned to him since April 12, 2000. The records from AT&T list 11103 Knights Ct., Germantown, MD 20876 as the user and

billing address for the account.

11.  A review of records obtained from Verizon shows that the e-mail address of paperperfect@verizon.net which appeared on the later invoices from Paper Perfect Reproductions to NAS and identified above is a sub account to an account opened and held by Aubrey Scott since October 4, 2004. The records from Verizon list 11103 Knights Ct., Germantown, MD 20876 as the account address.

12.  Records received from the Secretary of State for the State of Delaware revealed that Paper Perfect Reproductions was incorporated on March 20, 2000. An annual report for the year 2001 and filed with the Secretary of State of Delaware lists and shows the signature of Aubrey Scott as the president of Paper Perfect Reproductions.

13.  All checks issued by NAS and payable to Paper Perfect Reproductions indicate they were deposited into account number xxxxxxxxx0851 currently maintained by Wachovia Bank. A review of records received from Wachovia Bank pertaining to the above account number indicates that this is a business checking account for Paper Perfect Reproductions, opened by Aubrey Randolph Scott on April 10, 2000, and again listing Scott's home address of 11103 Knights Ct., Germantown, MD. A review of the deposits into Paper Perfect Reproductions' Wachovia account from August 1, 2001 through March 3, 2007 show that $1,059,291.00 was deposited into the account. The NAS checks were the sole source of deposits to the Paper Perfect Reproductions' Wachovia account. In addition, a review of the disbursements from Paper Perfect Reproductions' Wachovia account from August 1, 2001 through March 3, 2007 indicate no disbursements for typical business expenses, such as supplies, payroll, and other items normally associated with an on-going concern business.

14.  A review of all checks drawn from Paper Perfect Reproductions' Wachovia account

Case 1:07-cv-00994-CKK    Document 1    Filed 05/31/2007    Page 6 of 9

from August 1, 2001 through March 3, 2007 identified above various checks signed by Scott and payable to Wells Fargo Home Mortgage, totaling $163,458.37, and further disclosed on the following table.

**Paper Perfect Reproductions' Wachovia account # xxxxxxxxx0851**
**List of checks payable to Wells Fargo Home Mortgage**

| Check No. | Date | Amount | Payable to | Signed by | Annotation in the *for* section of check |
|---|---|---|---|---|---|
| 1054 | 3/14/02 | $50,000.00 | Wells Fargo Home Mortgage | Aubrey Scott | Principal Payment 7484132 |
| 1128 | 4/12/04 | $20,000.00 | Wells Fargo Home Mortgage | Aubrey R. Scott | 7484132 |
| 1179 | 2/10/06 | $21,854.77 | Wells Fargo Home Mortgage | Aubrey Scott | |
| 1183 | 3/13/06 | $26,854.77 | Wells Fargo Home Mortgage | Aubrey R. Scott | |
| 1185 | 3/13/06 | $10,854.77 | Wells Fargo Home Mortgage | Aubrey Scott | 7484132 |
| 1186 | 5/1/06 | $22,447.03 | Wells Fargo Home Mortgage | Aubrey Scott | |
| 1190 | 5/22/06 | $ 11,447.03 | Wells Fargo Home Mortgage | Aubrey Scott | 7484132 |
| | Total: | 3163,458.37 | | | |

15.     A review of Wells Fargo Home Mortgage records revealed that Scott purchased the defendant property on November 30, 1998 for $229,000.00. Furtheitnore, these records show that Scott borrowed the sum of $217,500.00 on November 30, 1998 to finance this purchase and that he has a mortgage account number 685-7484132 with Wells Fargo Home Mortgage in regards to the defendant property.

16.     After using the proceeds of his mail fraud scheme to pay down the mortgage he secured to purchase the defendant property, as of March 2007, Scott's mortgage account balance with Wells Fargo Home Mortgage is approximately $7,411.

## COUNT ONE

17.     The factual statements made in paragraphs 1 through 16 are re-alleged and incorporated by reference herein.

18.     As described above, the defendant real property constitutes or is derived from

-6-

proceeds traceable to a violation of 18 U.S.C. § 1341 (mail fraud).

19.     By reason of the above-described facts, the defendant property is subject to forfeiture to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C).

### COUNT TWO

20.     The factual statements made in paragraphs 1 through 16 are re-alleged and incorporated by reference herein.

21.     The defendant property is forfeitable because 18 U.S.C. § 981(a)(1)(A) makes subject to forfeiture to the United States any property, real or personal, that is involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956, 1957, or 1960. Section 1956 prohibits the "laundering of monetary instruments" and section 1957 prohibits financial transactions with more than $10,000 of "specified unlawful activity" proceeds. Mail Fraud is a specified unlawful activity.

22.     The defendant property has been involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, because its purchase was made with money loaned by a financial institution, part of which has been repaid by financial transactions using the funds that are the proceeds of a specified unlawful activity, and the payment of these proceeds is intended to promote the carrying on of the specified unlawful activity and to conceal or disguise their nature, location, source, ownership, or control, or the mortgage payments involved financial transactions of in excess of $10,000 in mail fraud proceeds.

*WHEREFORE,* the plaintiff prays that, as to the above-referenced defendant property, due process issue according to law; that, pursuant to law, notice be provided to all interested parties to appear and show cause why the forfeiture should not be decreed and the defendant property, with appurtenances and improvements thereon, be condemned as forfeited to the United States of America; and for such other and further relief as this Court may deem just, necessary and proper.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney,

/s/
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney

/s/
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

**VERIFICATION**

I, Jan Kostka, Postal Inspector, United States Postal Inspection Service, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746 that the foregoing Complaint for Forfeiture *In Rem* is based upon reports and information furnished to me or known by me and that everything contained therein is true and correct to the best of my knowledge and belief.

Executed on this 29 day of            , 2007.

Inspector Jan Kostka
United States Postal Inspection Service

Case 1:07-cv-00994-CKK   Document 1-2   Filed 05/31/2007   Page 1 of 2

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
United States of America

**DEFENDANTS** Property Identified As:
11103 Knights Court
Germantown, MD 20875

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **11001**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFANDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William R. Cowden & William B. Wiegand
Asst. U.S. Attorneys, 555 4th St., N.W.
Washington D.C., 2

Case: 1:07-cv-00994
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/31/2007
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- **X** 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
- ☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. *General Civil (Other)*  OR  ☐ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☒ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
18 U.S.C. Section 981(a)(1)(A) and 981(a)(1)(C) Money Laundering Forfeiture

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $ _____    Check YES only if demanded in complaint    **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)  ☐ YES  ☒ NO    If yes, please complete related case form.

DATE  5/30/07    SIGNATURE OF ATTORNEY OF RECORD  *Barry Wiegand*   JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.