**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| v.   ) | **Civil Action No. 07-0994 (CKK)** |
| ) | |
| **PROPERTY IDENTIFIED**   ) | |
| **BY THE ADDRESS OF**   ) | |
| **11103 KNIGHTS COURT, etc.**   ) | **Initial Scheduling Conference:** |
| ) | **September 6, 2007, 10:15 a.m.** |
| **Defendant.**   ) | |
| ) | |
| **ELIZABETH SCOTT &**   ) | |
| **AUBREY SCOTT, JR.**   ) | |
| ) | |
| **Claimants.**   ) | |
| ) | |

**CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**
**PENDING EXECUTION OF SETTLEMENT**

*COMES NOW*, plaintiff United States, by and through its attorney, to move to continue the initial scheduling conference set for September 6, 2007, at 10:15 a.m. Through counsel, claimants consent to this motion, which plaintiff files in contemplation of this action's speedy settlement without litigation. As grounds wherefore, plaintiff respectfully submits as follows:

1. This is a civil forfeiture action *in rem* brought against the defendant real property, which is claimants's home. The forfeiture complaint asserted that the property's ties to mail fraud and money-laundering subject it to forfeiture under 18 U.S.C. § 981. Other than plaintiff and claimants, there are no other parties, and it is too late for anybody else to enter this case. On July 11, 2007, this Court set an initial scheduling conference for September 6, 2007, at 10:15 a.m.

2. Claimants's and government counsel have conferred on this action and related criminal charges. Counsel believe that a complete disposition of all issues, both criminal and civil, is at hand, which will resolve matters entirely without further litigation. Therefore, counsel

respectfully suggest that there now is no need for the initial scheduling conference, and we move to continue it until a date in late October 30, 2007, at 9:30 a.m.  By that time, this matter should be resolved without further need for the Court's supervision.  That being so, counsel will ask the Court to take appropriate action.

   3. Undersigned counsel contacted claimants's counsel, Mr. Charles F. Chester, Esq., who concurs in this motion for the Court to enter the attached proposed order.

**WHEREFORE**, the plaintiff prays that this Honorable Court grant this consent motion and enter the attached proposed order.

        Respectfully submitted,

         /s/
        JEFFREY A. TAYLOR, D.C. Bar No. 498610
        United States Attorney

         /s/
        WILLIAM R. COWDEN, D.C. Bar No. 426301
        Assistant United States Attorney

         /s/
        BARRY WIEGAND, D.C. Bar No. 424288
        Assistant United States Attorney
        555 4th Street N.W.
        Washington, DC 20530
        (202) 307-0299 (with voice-mail)
        (202) 514-8707 (Telefax)
        William.B.Wiegand@USDoJ.Gov (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this fourth day of September 2007, I obtained consent to file this motion from claimants's counsel, after furnishing him a copy of its text, and that I have served a copy of it by means of the Court's ECF system upon Mr. Charles F. Chester, Esq., claimants's counsel, whose address is: 51 Monroe Place, Suite 707, Rockville, Maryland, 20850, (301) 294-2500.

         /s/
        BARRY WIEGAND

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**              ) | |
| )   | |
| v.                                                    ) | **Civil Action No. 07-0994 (CKK)** |
| )   | |
| **PROPERTY IDENTIFIED**                    ) | |
| **BY THE ADDRESS OF**                       ) | |
| **11103 KNIGHTS COURT, etc.**              ) | |
| )   | |
| **Defendant.**                          ) | |
| _____ ) | |
| **ELIZABETH SCOTT &**                       ) | |
| **AUBREY SCOTT, JR.**                         ) | |
| )   | |
| **Claimants.**                          ) | |
| _____) | |

**ORDER**

This matter came before the Court on a consent motion to continue the Initial Scheduling Conference set for September 6, 2007, at 10:15 a.m., on the parties representation that they have agreed to settle this action without further litigation. Upon consideration of that motion, the points made in it, and the entire record, it is by the Court this ____ day of September

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that, if necessary, a hearing on this matter is set for October 30, 2007 at 9:30 a.m. in Courtroom 28A; and it is further

ORDERED, that the parties shall advise the Court in advance if there be a need for this hearing, and, if so, shall comply with this Court's previous scheduling order, *mutatis mutandis*.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE