UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PROPERTY IDENTIFIED )<br>BY THE ADDRESS OF )<br>11103 KNIGHTS COURT, etc. )<br>)<br>           **Defendant.** )<br>_____ )<br>ELIZABETH SCOTT & )<br>AUBREY SCOTT, JR. )<br>)<br>           **Claimants.** )<br>_____) | Civil Action No. 07-0994 (CKK) |

## CONSENT MOTION TO RESET SCHEDULING CONFERENCE TO COINCIDE WITH PLEA HEARING

*COMES NOW*, plaintiff United States, by and through its attorney, to move to reset the scheduling conference for Tuesday, October 2, 2007, at 2:00 p.m., to coincide with a plea hearing in a related case, which now is slated for that time. Through counsel, claimants consent to this motion. As grounds wherefore, plaintiff respectfully submits as follows:

    1.    This is a civil forfeiture action *in rem* brought against the defendant real property, which is claimants's home. Other than plaintiff and claimants, there are no other parties, and it is too late for anybody else to enter this case. On September 5, 2007, this Court granted a consent motion to defer the initial scheduling conference until October 30, 2007.

    2.    The parties have reached a settlement in the matter, which will take place in the context of a related criminal case. That matter, <u>United States v. Aubrey Scott</u>, also is to be calendared before this Court, and a plea hearing has been set for October 2, 2007, at 2:00 pm. It will be more convenient for the Court and the parties to resolve these related cases on the same day.

3.   Counsel for claimants has no objection to the change in date and favors granting this motion.

*WHEREFORE*, the plaintiff prays that this Honorable Court grant this consent motion and enter the attached proposed order.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney

/s/
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2007, I learned that claimants's counsel, Mr. Charles F. Chester, Esq., whose address is: 51 Monroe Place, Suite 707, Rockville, Maryland, 20850, (301) 294-2500, had consented to the filing of this motion, and that I caused service of the motion and proposed order to be made upon Mr. Chester by the Court's ECF system.

/s/
BARRY WIEGAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-0994 (CKK)** |
| ) | |
| **PROPERTY IDENTIFIED** ) | |
| **BY THE ADDRESS OF** ) | |
| **11103 KNIGHTS COURT, etc.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |
| **ELIZABETH SCOTT &** ) | |
| **AUBREY SCOTT, JR.** ) | |
| ) | |
| **Claimants.** ) | |
| _____) | |

## **ORDER**

This matter comes before the Court upon plaintiff's consent motion to have this matter called in Court at 2:00 p.m., October 2, 2007.

Accordingly, it is this _____ day of September, 2007,

ORDERED that the status scheduled for October 30 is cancelled; and it is further

ORDERED that the matter shall be scheduled for a hearing on October 2, 2007, at 2:00 pm.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE