UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                                              ) | Civil Action No. 07-0994 (CKK) |
| ) | |
| PROPERTY IDENTIFIED                       ) | |
| BY THE ADDRESS OF                          ) | |
| 11103 KNIGHTS COURT, etc.            ) | |
| ) | |
| Defendant.                       ) | |
| _____ ) | |
| ELIZABETH SCOTT &                         ) | |
| AUBREY SCOTT, JR.                          ) | |
| ) | |
| Claimants.                      ) | |
| _____) | |

### ORDER

This matter comes before the Court upon plaintiff's consent motion to have this matter called in Court at 2:00 p.m., October 2, 2007.

Accordingly, it is this __24th__ day of September, 2007,

ORDERED that the status scheduled for October 30 is cancelled; and it is further

ORDERED that the matter shall be scheduled for a hearing on October 2, 2007, at 2:00 pm.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

(N)